UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:13-00082 |
| v. | ) | Chief Judge Haynes |
| | ) | |
| JOSUE CASTRO PINEDA | ) | |

## UNITED STATE'S MOTION TO FILE RESPONSE TO DEFENDANT JOSUE CASTRO PINEDA'S MOTION TO SUPPRESS UNDER SEAL

Comes now the United States, by and through the undersigned, and respectfully request permission to file the United States Response to Defendant Josue Castro Pineda's motion to suppress under seal. Defendant Pineda filed his motion to suppress under seal.

Respectfully submitted,

DAVID RIVERA
ACTING UNITED STATES ATTORNEY

/s/ Van S. Vincent
Van S. Vincent
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203
(615) 736-5151

*[Handwritten annotations: "OUPSA Termination no Granted will be 7-5-3"]*

1