IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 3:13-00082 |
| | ) Chief Judge Haynes |
| JOSUE CASTRO-PINEDA | ) |

*[Handwritten annotation: ORDER. This motion is granted and the motion to suppress (DE No. 63) is denied as moot. /s/ [signature] 9-12-13]*

MOTION TO WITHDRAW MR. CASTRO'S SUPPRESSION MOTION

Comes Josue Castro-Pineda, through counsel, and moves this Honorable Court to withdraw his previously filed motion to suppress (D.E. 63). This case is for a change of plea to guilty. The withdrawal of this motion has been thoroughly discussed between client and counsel.

Respectfully submitted,

s/ Jude T. Lenahan
JUDE T. LENAHAN, BPR # 003759
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, Tennessee 37203
615-736-5047

Attorney for Josue Castro-Pineda

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2013, I electronically filed the foregoing Motion to Withdraw Mr. Castro's Suppression Motion with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to:
  Van S. Vincent, Assistant U.S. Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203;
  David I. Komisar, **Attorney for Raul Cedello-Pena,** 211 Printer's Alley Building, Suite 400, Nashville, TN 37201-1414; and
  David L. Cooper, **Attorney for Ines Lopez-Pena,** 208 Third Avenue, North, Suite 300, Nashville, TN 37201.
  This motion has been translated to Spanish and a copy has been sent, via U.S. Mail, postage prepaid, to Mr. Josue Castro-Pineda, Robertson County Detention Center 311 Fifth Ave. East, Springfield, TN 37172.

s/Jude T. Lenahan
Jude T. Lenahan